IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

CHAVEZ LAW OFFICES, P.A.,
a New Mexico corporation,

      Plaintiff,

vs.                                                Case No. _____

TYLER TECHNOLOGIES, INC.,
a foreign corporation,

      Defendant.

## DECLARATION UNDER PENALTY OF PERJURY

I, Abigail Diaz, declare as follows:

1. I am over the age of 18 years. I have personal knowledge of the facts stated herein. The facts stated herein are true and correct.

2. I am the Chief Legal Officer of Tyler Technologies, Inc. ("Tyler").

3. Tyler is a Delaware corporation headquartered in Texas. Its principal place of business is in Texas.

4. Tyler was served with the Complaint and Summons in this matter on March 2, 2021.

5. Tyler is a software provider of technology focused on the public sector. Among its many offerings, Tyler provides online electronic filing services through a proprietary software program known as "Odyssey File and Serve" ("Odyssey").

6. The Second Judicial District, Bernalillo County (and New Mexico district courts statewide) use Odyssey for electronic filing.

7. Any individual user of Odyssey in New Mexico, such as Plaintiff, must enter into a file and serve usage agreement for Odyssey with Tyler.

**Exhibit B**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 30, 2021.

_____
Abigail Diaz