**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

**CHAVEZ LAW OFFICES, P.A.,**
a New Mexico corporation,

    **Plaintiff,**

vs.                                                 Case No. _____

**TYLER TECHNOLOGIES, INC.,**
a foreign corporation,

    **Defendant.**

### DEFENDANT TYLER TECHNOLOGIES, INC. CORPORATE DISCLOSURE STATEMENT

    Defendant Tyler Technologies, Inc. ("Tyler"), pursuant to Fed. R. Civ. P. 7.1, discloses that it does not have any parent corporation.  Tyler further discloses that Blackrock Inc. and The Vanguard Group, Inc. each own more than 10% of Tyler's stock.

                                        Respectfully submitted,

                                        RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.

                                   By:  */s/ Leslie McCarthy Apodaca*
                                          Leslie McCarthy Apodaca
                                   Post Office Box 1888
                                   Albuquerque, New Mexico  87103-1888
                                   lapodaca@rodey.com
                                   Telephone: (505) 765-5900
                                   Facsimile: (505) 768-7395
                                   *Attorneys for Defendant Tyler Technologies, Inc.*

3439004.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of March, 2021, I filed the foregoing using CM/ECF which caused the following counsel to be served by electronic means, as more fully reflected on the Notice of Electronic filing:

Gene N. Chavez
gene@chavezlawoffices.com


RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.
By:  */s/ Leslie McCarthy Apodaca*
     Leslie McCarthy Apodaca