IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

CHAVEZ LAW OFFICES, P.A.,
a New Mexico corporation,

    Plaintiff,

vs.                                                  Case No. 1:21-CV-00293-LF-SCY

TYLER TECHNOLOGIES, INC.,
a foreign corporation,

    Defendant.

## NOTICE OF COMPLETION OF BRIEFING ON DEFENDANT'S MOTION TO COMPEL ARBITRATION

Defendant Tyler Technologies, Inc. ("Defendant"), by and through its attorneys, Rodey, Dickason, Sloan, Akin & Robb, P.A. (Leslie McCarthy Apodaca) submits the following Notice of Completion of Briefing as required by D.N.M.LR-Civ.7.4(e).

Briefing is complete on Defendant's Motion to Compel Arbitration [Doc. 7]. The following documents have been filed with the Court:

1.    Defendant's *Motion to Compel Arbitration* [Doc. 7] filed on April 5, 2021;

2.    *Plaintiff's Response to Defendant's Motion to Compel Arbitration* [Doc. 8] filed April 6, 2021;

3.    Defendant's *Reply in Support of Motion to Compel Arbitration* [Doc. 13] filed April 15, 2021.

The briefing is now complete and Defendant Tyler Technologies, Inc.'s Motion to Compel Arbitration is ready for decision.

3459689.1

RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.

By: *"Electronically Filed" /s/ Leslie McCarthy Apodaca*
    Leslie McCarthy Apodaca
Post Office Box 1888
Albuquerque, New Mexico 87103
Telephone:  (505) 765-5900
Facsimile:  (505) 768-7395
E-mail:     lapodaca@rodey.com

*Attorneys for Defendant Tyler Technologies, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on April 28, 2021, I filed the foregoing using CM/ECF which caused the following counsel to be served by electronic means, as more fully reflected on the Notice of Electronic filing:

Gene N. Chavez
gene@chavezlawoffices.com

RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.

By: */s/ Leslie McCarthy Apodaca*
    Leslie McCarthy Apodaca