IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

CHAVEZ LAW OFFICES, P.A.,
a New Mexico corporation,

    Plaintiff,

vs.                                                        Case No. 1:21-CV-00293-LF-SCY

TYLER TECHNOLOGIES, INC.,
a foreign corporation,

    Defendant.

## NOTICE OF COMPLETION OF BRIEFING ON PLAINTIFF'S MOTION TO REMAND ACTION TO STATE COURT

The undersigned attorney for Defendant Tyler Technologies, Inc. ("Defendant") hereby certifies that Plaintiff's deadline for filing a reply in support of Plaintiff's Motion to Remand Action to State Court [Doc. 4], lapsed on April 26, 2021. No reply in support of the Motion was filed. Because Defendant filed its Response to Motion to Remand [Doc. 11] on April 12, 2021, and no reply has been filed, Plaintiff's Motion to Remand Action to State Court is now ready for decision.

                                                  RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.

                                                  By: *"Electronically Filed" /s/ Leslie McCarthy Apodaca*
                                                      Leslie McCarthy Apodaca
Post Office Box 1888
Albuquerque, New Mexico 87103
Telephone:  (505) 765-5900
Facsimile:  (505) 768-7395
E-mail:  lapodaca@rodey.com

*Attorneys for Defendant Tyler Technologies, Inc.*

3459756.1

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 28, 2021, I filed the foregoing using CM/ECF which caused the following counsel to be served by electronic means, as more fully reflected on the Notice of Electronic filing:

    Gene N. Chavez
    gene@chavezlawoffices.com

                              RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.

                            By:  */s/ Leslie McCarthy Apodaca*
                                  Leslie McCarthy Apodaca