IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

CHAVEZ LAW OFFICES, P.A.,
a New Mexico corporation,

    Plaintiff,

vs.                                            Case No. 1:21-CV-00293-LF-SCY

TYLER TECHNOLOGIES, INC.,
a foreign corporation,

    Defendant.

## ENTRY OF APPEARANCE

    COMES NOW the undersigned, Abigail M. Yates, and enters her appearance as counsel for Defendant Tyler Technologies, Inc. in the above-referenced matter.

                                        RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.

                                        By *"Electronically Filed" /s/ Abigail M. Yates*
                                                Leslie McCarthy Apodaca
                                                Abigail M. Yates
                                        Post Office Box 1888
                                        Albuquerque, New Mexico 87103
                                        Telephone:  (505) 765-5900
                                        Facsimile:   (505) 768-7395
                                        lapodaca@rodey.com;
                                        ayates@rodey.com;

                                        *Attorneys for Defendant Tyler Technologies, Inc.*

## CERTIFICATE OF SERVICE

    I hereby certify that on June 16, 2021, I filed the foregoing using CM/ECF which caused the following counsel to be served by electronic means, as more fully reflected on the Notice of Electronic filing:

    Gene N. Chavez
    gene@chavezlawoffices.com

RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.

By */s/Abigail M. Yates*
    Abigail M. Yates