IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| **CHAVEZ LAW OFFICES, P.A.,** § <br> a New Mexico corporation, § <br> § <br> § <br> § <br> **Plaintiff,** § <br> § <br> **v.** § <br> § <br> § <br> § <br> **TYLER TECHNOLOGIES, INC.,** § <br> a foreign corporation, § <br> § <br> **Defendant.** | Civil Action No. 1:21-cv-00293-LF-SCY |

## MOTION TO DISMISS WITH PREJUDICE

Plaintiff Chavez Law Offices, P.A. files this Motion to Dismiss with Prejudice. This matter has settled. Accordingly, Plaintiff requests that this Court enter the [proposed] Order of Dismissal with Prejudice being filed concurrently herewith.

WHEREFORE, Plaintiff respectfully requests that this Court grant this Motion to Dismiss with Prejudice and enter the [proposed] Order of Dismissal with Prejudice being filed concurrently herewith, with each party to bear its own costs and fees.

DATE: August 30, 2022

Respectfully submitted,

By: _/s/ Gene N. Chavez_

Gene N. Chavez, Esq.

1220 5th St. NW

Albuquerque, NM 87102

505-243-4363

505-217-2157-fax

gene@chavezlawoffices.com

*Counsel for Plaintiff Chavez Law Offices PA*