IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

CHAVEZ LAW OFFICES, P.A.,
a New Mexico corporation,

    Plaintiff,

                                                                     Civil Action No. 1:21-cv-00293-LF-SCY

v.

TYLER TECHNOLOGIES, INC.,
a foreign corporation,

    Defendant.

---

## ORDER OF DISMISSAL WITH PREJUDICE

    This matter comes before the Court on Plaintiff Chavez Law Offices, P.A.'s Motion to Dismiss with Prejudice (the "Motion"), which was filed on September 7, 2022. Doc. 18. Under this Court's Local Rules, a response to a motion must be "served and filed within fourteen (14) calendar days after service of the motion." D.N.M.LR-Civ. 7.4(a). "The failure of a party to file and serve a response in opposition to a motion within the time prescribed for doing so constitutes consent to grant the motion." D.N.M.LR-Civ. 7.1(b). Defendant did not file a response to the motion by September 21, 2022, and the time for it to do so has now passed. Therefore, the Court will grant Plaintiff's motion.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the Motion is GRANTED.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff's claims in the above-styled and numbered lawsuit are hereby DISMISSED WITH PREJUDICE.

It is further ORDERED that each party shall bear its own costs and fees.

_____
Laura Fashing
United States Magistrate Judge
Presiding by Consent