IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

CHAVEZ LAW OFFICES, P.A.,
a New Mexico corporation,

        Plaintiff,

vs.                                                1:21-cv-00293-LF-SCY

TYLER TECHNOLOGIES, INC.,
a foreign corporation,

        Defendant.

## **FINAL JUDGMENT**

Pursuant to the order of dismissal entered concurrently herewith, the Court enters this Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure and dismisses this case with prejudice.

_____
Laura Fashing
United States Magistrate Judge
Presiding by Consent